# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| OMARI PETERSON | ) Case No.  21-mj- 6187 -MPK |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **February 18, 2021** in the county of **Suffolk** in the _____ District of **Massachusetts**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 (a)(1) | Possession with intent to distribute, and distribution of, cocaine base and cocaine. |

This criminal complaint is based on these facts:

See attached affidavit of Special Agent Michael D. Little, III

☑ Continued on the attached sheet.

/s/ Michael D. Little, III
*Complainant's signature*

Michael D. Little, III, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone

Date: 03/05/2021

*Page Kelley*
*Judge's signature*

City and state: Boston, Massachusetts    Hon. M. Page Kelley, US Chief Magistrate Judge
*Printed name and title*